UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAYMAR A. DODDS, | ) CASE NO. CV 08-0555 JHN (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A. HEDGEPATH, Warden, | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 4, 2012

_____
Jacqueline H. Nguyen
United States District Judge